# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CARLINE M. CURRY, | ) | CASE NO. 1: 05 CV 2094 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| v. | ) | |
| | ) | MEMORANDUM OPINION |
| CITY OF MANSFIELD, et al., | ) | AND ORDER |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Patricia A. Hemann.  The Report and Recommendation (ECF # 44) is ADOPTED by this Court, and Defendants' Motions for Summary Judgment (ECF # 31, ECF # 32) are GRANTED in their entirety.

On December 6, 2006, this Court issued an Order referring this matter to Magistrate Judge Hemann for a Report and Recommendation on the pending Motions for Summary Judgment.  (ECF # 33.)  On March 8, 2007, Magistrate Judge Hemann issued the Report and Recommendation, recommending that this Court grant Defendants' Motions.  (ECF # 44.)  Plaintiff has not filed any objections to the Report and Recommendation.

The Court has reviewed Magistrate Judge Hemann's Report and Recommendation *de novo*, and finds it to be well-written, well-supported, and correct.  Therefore, the Report and Recommendation (ECF # 44) is ADOPTED in its entirety.  Defendants' Motions for Summary Judgment (ECF # 31, ECF # 32) are GRANTED.  There being no remaining issues before this Court, this case is TERMINATED.

IT IS SO ORDERED.

                                           *s/ Donald C. Nugent*
                                           DONALD C. NUGENT
                                           United States District Judge

DATED:  April 5, 2007